1   JUNE D. COLEMAN, CSBN 191890
    jcoleman@kmtg.com
2   DANIELLE R. TEETERS, CSBN 210056
    dteeters@kmtg.com
3   KRONICK, MOSKOVITZ, TIEDEMANN &
    GIRARD
4   400 Capitol Mall, 27th Floor
    Sacramento, CA  95814
5   Telephone:    (916) 321-4500
    Facsimile:    (916) 321-4555
6
    Attorneys for Defendant
7   DIVERSIFIED COLLECTION SERVICES, INC.

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   SHAUNA THOMAS,                          CASE NO.  C12-01653 JCS

13              Plaintiff,                   **STIPULATION TO EXTEND TIME TO
                                             RESPOND TO INITIAL COMPLAINT BY
14   v.                                      NOT MORE THAN 30 DAYS (L.R. 6-1)**

15   DIVERSIFIED COLLECTION               **Complaint served:       04/03/2012**
     SERVICES, INC.; and DOES 1-10,       **Current response date: 05/09/2012**
16   inclusive,                           **New response date:      05/16/2012**

17              Defendants.

18

19

20         It is hereby stipulated by and between Plaintiff SHAUNA THOMAS and

21   Defendant DIVERSIFIED COLLECTION SERVICES, INC., through and by their respective

22   counsel of record herein that DIVERSIFIED COLLECTION SERVICES, INC. has an extension

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

999356.1 12344.047                         - 1 -                        C12-01653 JCS

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**

of time to file a responsive pleading to the Complaint in the above-entitled action up to and including May 16, 2012.

Dated: May 9, 2012                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                      A Law Corporation


                                      By: */s/ Danielle R. Teeters*
                                          June D. Coleman
                                          Danielle R. Teeters
                                          Attorneys for Defendant
                                          DIVERSIFIED COLLECTION SERVICES, INC.

Dated:  May 9, 2012                   PRICE LAW GROUP A.P.C.


                                      By: */s/ Tammy Hussin*
                                          Tammy Hussin
                                          Attorney for Plaintiff
                                          SHAUNA THOMAS

Dated: May 10, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Joseph C. Spero

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**