1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            OAKLAND DIVISION
6
7
   Shauna Thomas,                              Case No:  C 12-1653 SBA
8
            Plaintiff,                         **ORDER OF CONDITIONAL**
9                                              **DISMISSAL**
        vs.
10
   Diversified Collection Services, Inc.; and
11 DOES 1-10, inclusive,
12          Defendants.
13
        The Court having been notified of the settlement of this action, and it appearing that
14
   no issue remains for the Court's determination,
15
        IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
16
   DISMISSED without prejudice.  In the event that the settlement is not reached, any party
17
   may move to reopen the case and the trial will be scheduled, provided that such motion is
18
   filed within 60 days of the date this Order is filed.  All scheduled dates are VACATED.
19
   The Clerk shall terminate any pending matters.
20
        IT IS SO ORDERED.
21
   Dated:  11/13/12
22
                                                    _____
23                                                  SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge
24
25
26
27
28