# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shauna Thomas,<br><br>            Plaintiff,<br><br>     vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 3:12-cv-01653-SBA<br><br>**ORDER OF DISMISSAL** |

   Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_11/19/12                                          _____

                                                                 Judge: Saundra Brown Armstrong