1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shauna Thomas,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:12-cv-01653-SBA<br><br>**ORDER OF DISMISSAL** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_11/19/12　　　　　　　　　　　　　　　_/s/ Saundra B. Armstrong_

　　　　　　　　　　　　　　　　　　　　　Judge: Saundra Brown Armstrong